UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CHAD L. ANDERSON, | Civil No. 08-CV-5151 (PJS/JJK) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL AND FOR ENTRY OF JUDGMENT |
| MIKE BARNETT, et al., | |
| Defendants. | |

---

Based upon the Stipulation of Dismissal With Prejudice filed by the remaining parties on December 3, 2009 [Civil Docket No. 69], and all other claims either being decided on the merits, or resolved by the parties,

IT IS ORDERED that:

1. Defendant EMC Mortgage Corporation's motion for summary judgment [Docket No. 47] is GRANTED.

2. Plaintiff's claim against defendant EMC Mortgage Corporation is DISMISSED WITH PREJUDICE AND ON THE MERITS.

3. Based upon the parties previous stipulations of dismissal, this action is dismissed as to Defendants Trans Union, LLC, Michael Barnett, and Experian Information Solutions, Inc., with prejudice and on the merits, without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 4, 2009                    s/Patrick J. Schiltz
                                           Patrick J. Schiltz
                                           United States District Judge